**Order entered October 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00521-CV

**ALFRED HENDRICKS SR., Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-30828**

## ORDER

We **GRANT** Appellant's October 15, 2015 Unopposed Motion for Extension of Time to File an Amended/Corrected Motion to Dismiss and **ORDER** Appellant's Motion to Dismiss be filed no later than November 16, 2015.

/s/     CRAIG STODDART
             JUSTICE